IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FREDERICK L. EGGESTEIN                                                          PLAINTIFF

v.                                      Case No. 14-5094

SHERIFF TIM HELDER, et al.                                                      DEFENDANTS

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 14, 2014, mail from this Court sent to the Plaintiff at the Washington County Detention Center was returned as "Undeliverable marked RTS No longer at this Facility." No other address is available for the Plaintiff. The undersigned, therefore, recommends DISMISSING this action for Plaintiff's failure to prosecute and failure to keep the Court advised of his current address. See FED. R. CIV. P. 41(b) and Local Rule 5.5(c)(2).

**The parties have fourteen days from receipt of the undersigned's report and recommendation in which to file written objections pursuant to 28 U.S.C. §636 (b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of July, 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE