IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


FREDERICK L. EGGESTEIN                                                    PLAINTIFF

v.                               Case No. 5:14-5094

SHERIFF TIM HELDER, ET AL                                               DEFENDANTS


ORDER


Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on July 11, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this _18th_ day of August, 2014.

Timothy L. Brooks
United States District Judge